UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPER KRAY,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. 17-cv-02600-WHO<br><br>**ORDER TO SHOW CAUSE RE STATUS OF SETTLEMENT** |

On April 16, 2019, the Court was notified that the parties had reached a settlement in principle, subject to board approvals. At that time, the parties anticipated finalizing a written settlement agreement within two weeks and plaintiffs anticipated filing a motion for minor's compromise within 30 days.

As of today's date, nothing has been filed in this case. The parties are HEREBY ORDERED SO SHOW CAUSE and required to file a statement regarding the status of the settlement on or before **December 20, 2019**.

**IT IS SO ORDERED.**

Dated: December 11, 2019

William H. Orrick
United States District Judge