UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPER KRAY,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. 17-cv-02600-WHO<br><br>**ORDER APPROVING MINOR'S COMPROMISE**<br><br>Re: Dkt. No. 42 |

Having read and considered Plaintiffs' Unopposed Motion for an Order Approving Minor's Compromise of Pending Action; the Memorandum of Points and Authorities in Support Thereof; the concurrently-filed Declarations of Guy B. Wallace and Stacy Kray; the papers and records on file with this Court in this action; and good cause having been shown, the Court finds that the settlement agreement is in the best interest of Plaintiff, Jasper Kray, the minor.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion to Approve the Minor's Compromise is GRANTED;

2. Plaintiff Jasper Kray shall receive the amount in settlement funds agreed to by the parties indicated at Dkt. No. 42-6 ¶ 13, to be transferred to a separate account with Jasper Kray's parents Stacy and Alexander Kray as custodians of the account, to be used for Jasper Kray's care and benefit only;

3. Plaintiffs' Counsel's reasonable attorneys' fees and costs indicated at Dkt. No. 42-6 ¶19 are hereby approved;

4. This Court shall retain jurisdiction over this matter for purposes of ensuring compliance with the terms of the parties' Confidential Settlement and Release Agreement, including but not limited to the parties' compliance with Section 3 thereof, Injunctive Relief.

Upon completion of the injunctive relief specified in Section 3 and Attachment 1 of the Confidential Settlement and Release Agreement, Defendants may request that this Court enter an Order terminating its jurisdiction herein; and,

    5.    All parties are hereby ORDERED to comply with all terms of the Confidential Settlement and Release Agreement.

**IT IS SO ORDERED.**

Dated: January 24, 2020

William H. Orrick
United States District Judge